IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **DWAYNE BRIGHAM,** § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | Civil Action No. 3:14-CV-04240 |
| § | |
| **UNITED STATES OF AMERICA,** § | |
| § | |
| Respondent. § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 8. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (ECF No. 8) are accepted as the findings of the Court. Accordingly, the Commissioner's decision is **AFFIRMED** and the Motion to Vacate is **DENIED**.

**SO ORDERED** on this **29th day** of **December, 2015.**

Reed O'Connor
UNITED STATES DISTRICT JUDGE